UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bahji Ameila Adams, )
)
    Plaintiff, )
)
v. ) Civil Action No. 07 2224
)
State of Georgia *et al.*, )
)
    Defendants. )

## TRANSFER ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of Smyrna, Georgia. She sues the State of Georgia, a Georgia municipality and individuals under the Americans With Disabilities Act ("ADA") and other federal statutes for alleged misdeeds committed in Georgia. Because none of the alleged events occurred in the District of Columbia and the defendants presumably are in Georgia, this judicial district is the wrong venue for litigating plaintiff's claims. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue generally as the location where the defendants reside or where a substantial part of the events giving rise to the claim occurred); 42 U.S.C. § 12117(a) (incorporating Title VII's enforcement procedures set forth at 42 U.S.C. § 2000e- 5(f)(3)) (designating the proper venue for ADA claims under the circumstances presented as the judicial district in the state where the alleged wrongdoing was committed or where the relevant records are maintained and administered). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 29 day of November 2007,

    ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Northern District of Georgia. Whether plaintiff should be

permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

*Ellen S Huvelle*
United States District Judge
