# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7003**　　　　　　　　　　　　　　**September Term, 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　07cv02224

　　　　　　　　　　　　　　　　　　　　　　　**Filed On:**

Bahji Ameila Adams,
　　　　Appellant

　　v.

State of Georgia, et al.,
　　　　Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   FEB 1 9 2008

CLERK

### ORDER

　　Petitioner's recently filed notice of appeal has been transmitted to this court from the U.S. District Court for the District of Columbia. The notice seeks review of an order of the district court transferring petitioner's civil action to another district court. The proper means for contesting such a transfer is a petition for writ of mandamus filed in this court. See D.C. Circuit Handbook of Practice and Internal Procedure III.G.3 (2006). Accordingly, it is, on the court's own motion,

　　**ORDERED** that petitioner's notice of appeal be construed as a petition for writ of mandamus. It is

　　**FURTHER ORDERED** that within 30 days of the date of this order petitioner submit a memorandum of law and fact in support of the petition. The memorandum may not exceed 30 pages. Petitioner's failure to comply with this order will result in dismissal of the petition for lack of prosecution. See D.C. Cir. Rule 38.

　　**FURTHER ORDERED** on the court's own motion, that by 30 days from date of this order, petitioner either pay the $455.00 docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit, or file with this court a motion for leave to proceed on appeal in forma pauperis. See Attachment.

　　The Clerk is directed to transmit a copy of this order to the Clerk of the district court as a request to delay transfer of that court's case until disposition of the petition by this court. The Clerk is further directed to send a copy of this order to petitioner by certified mail, return receipt requested, and by 1st class mail.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:  _/s/_
　　　　　　　　　　　　　　　　　　　　Ken Meadows, Jr.
　　　　　　　　　　　　　　　　　　　　Deputy Clerk